

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALEXIS GAYTAN-BAUTISTA, <br><br> Defendant. | Case No. 2:24-mj-6406 <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)(1)] |

On October 22, 2024, Defendant Alexis Gaytan-Bautista made his initial appearance on the petition for revocation of supervised release and warrant for arrest. The Federal Public Defender's Office, through DFPD Anne Carney, was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Will Larsen.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

The allegations in the Petition, including that Mr. Gaytan-Bautista has failed to comply with conditions of release that require him to remain outside the United States. He has had two prior convictions for illegal reentry into the United States. The Pretrial Services Report reflects numerous entries for failure to obey court orders, arrest warrants, and probation violations. All of this persuades the Court that Mr. Gaytan-Bautista has not carried his burden on this prong.

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

Mr. Gaytan-Bautista has one prior conviction for a violent crime, and has at least two open cases this year charging violence crimes. Under these facts, the Court is not persuaded that Mr. Gaytan-Bautista has carried his burden on dangerousness prong either.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: October 23, 2024

/s/
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE